JAMES CALLAGHAN, Appellant, v BOARD OF TRUSTEES OF THE NEW YORK CITY POLICE PENSION FUND, ARTICLE II, Respondent. [778 NYS2d 272]—

Order and judgment (one paper), Supreme Court, New York County (Michael D. Stallman, J.), entered September 11, 2003, which denied the petition brought pursuant to CPLR article 78 to annul respondent's determination, dated March 12, 2003, denying petitioner's application for accident disability retirement benefits, unanimously affirmed, without costs.

Inasmuch as there was credible evidence to support the Medical Board's findings that petitioner's depression, although disabling, was not the natural and proximate result of a line of duty injury, and that his orthopedic injuries did not disable him from performing his duties as a police officer, the consequent determination by respondent Board of Trustees denying petitioner accident disability retirement benefits may not be judicially disturbed (*see Matter of Beckles v Kerik*, 1 AD3d 215 [2003], *lv denied* 1 NY3d 507 [2004]; *and see Matter of Borenstein v New York City Employees' Retirement Sys.*, 88 NY2d 756, 760-761 [1996]). Concur—Tom, J.P., Saxe, Ellerin, Marlow and Catterson, JJ.

In the Matter of the Estate of ROBERT K. O'CONNOR, Deceased. HARRY W. O'CONNOR, Appellant-Respondent; CATHERINE M. O'CONNOR, Respondent-Appellant. The Estate of L. MAXWELL BANKS, JR., Deceased, Respondent. [778 NYS2d 269]— Decree, Surrogate's Court, New York County (Eve Preminger, S.), entered on or about April 24, 2003, unanimously affirmed for the reasons stated by Preminger, S., without costs or disbursements. No opinion. Order filed. Concur—Tom, J.P., Saxe, Ellerin, Marlow and Catterson, JJ.